IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01030-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

SYDNEY SADLER,

    Defendant.

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Sydney Sadler filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on August 23, 2013 (ECF No. 17), it is

ORDERED that Defendant Sydney Sadler is **DISMISSED WITHOUT PREJUDICE**, and this case is terminated.

Dated: August 26, 2013

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge